IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PSEG Renewable Transmission LLC

\*

\*

v.                                                    Case No. 1:25-cv-3501

Andrea Kable                                    \*

\*

### RETURN OF SERVICE

I served the following documents (check all that apply):

- [x] summons
- [x] complaint and any attachments
- [ ] subpoena
- [x] other - describe: Motion for Preliminary Injunction (ECF 5), Motion for Leave (ECF 4), Order (ECF 13), and one thumb drive

By (check method of service):

- [ ] Personal - place served: _____
- [x] Certified mail, restricted delivery - attach green card
- [ ] Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- [x] Other - describe: FedEx Overnight box delivered on 11/13/2025 (proof of delivery provided)

On (name of person or entity served): Andrea Elizabeth Kable

Date of service: 11/05/2025 (Certified Mail) and 11/11/2025 (FedEx)

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

11/14/2025
Date

*Janelle King* (signature)
Signature of Process Server

Janelle P. King
Printed Name of Process Server

750 E. Pratt Street, Suite 900, Baltimore, MD 21202
Address of Process Server

(410) 244-7400
Telephone Number of Process Server

ReturnofService (06/2016)



Andrea Elizabeth Kable
3324 Bixler Church Road
Westminster, MD 21157

156497.605250    November 05, 2025



**First Class Mail**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Andrea Elizabeth Kable<br>3324 Bixler Church Road<br>Westminster, MD 21157<br><br>11/05/2025 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9193 4225 4729 01 | 3. Service Type<br>☑ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 2734 4835 90 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | | Domestic Return Receipt |

First Class Mail



| | |
|---|---|
| **From:** | FedEx Tracking |
| **To:** | King, Janelle P. |
| **Subject:** | Your shipment was delivered 395226748199 |
| **Date:** | Thursday, November 13, 2025 3:27:28 PM |

**Caution: External Email**



## Your shipment was delivered.

Delivery Date

Thu, 11/13/2025

2:08pm

Delivered to

3324 BIXLER CHURCH RD, WESTMINSTER, MD 21158



Delivery picture not showing?
View in browser

**GET PROOF OF DELIVERY**

Report missing package

## How was your delivery?

## Personal message

PSShip eMail Notification

## Tracking details

| | |
|---|---|
| Tracking ID | 395226748199 |
| From | Venable LLP<br>750 E. Pratt Street<br>Suite 900<br>Baltimore, MD, US<br>21202 |
| To | Andrea E. Kable<br>3324 BIXLER CHURCH RD<br>WESTMINSTER, MD, US<br>21158 |
| Ship date | Tue 11/11/2025 06:42 PM |
| Number of pieces | 1 |
| Total shipment weight | 2.00 LB |
| Service | FedEx Standard Overnight® |
| Reference | 156497.605250.KJF03 |
| Shipper reference | 156497.605250.KJF03 |

**TRACK SHIPMENT**

FedEx can ship for



FedEx

### less than the Post Office

Two day shipping, one flat rate. FedEx One Rate®. Exclusions apply. Visit [fedex.com/onerate](fedex.com/onerate) for details.

**EXPLORE FEDEX ONE RATE®**

## This tracking update has been requested by:

| | |
|---|---|
| Company name | Venable LLP |
| Name | Kurt Fischer |
| Email | KJFischer@Venable.com |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:14 PM CST 11/13/2025.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2025 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our Privacy Notice. All rights reserved.

Thank you for your business.

ID   1026

