**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | *   Case No. 1:25-cv-3501-ABA |
| | * |
| ANDREA ELIZABETH KABLE, | * |
| | * |
| Respondent. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**REQUEST FOR ENTRY OF DEFAULT**

Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") respectfully requests that the Clerk of Court enter default against Respondent Andrea Elizabeth Kable pursuant to Federal Rule of Civil Procedure 55(a) and in support thereof, states as follows:

1. The Company filed the Complaint and Summons in the above-captioned action on October 24, 2025. (ECF 1, ECF 3.)

2. The same day, the Company filed a Motion for Preliminary Injunction, as well as a Motion for Expedited Briefing on the Preliminary Injunction. (ECF 5, ECF 6.)

3. On October 30, 2025, this Court granted the Company's Motion for Expedited Briefing, directing Ms. Kable to respond to the Motion for Preliminary Injunction within seven business days of service of the Complaint, the Motion for Preliminary Injunction, all supporting memoranda and declarations, and a copy of the Court's order. (ECF 13 ¶ 3.)

4. The Court further directed the Company to serve Ms. Kable by certified mail and next day delivery. (ECF 13 ¶ 4.)

5. On November 14, 2025, the Company filed Proof of Service, indicating that Ms. Kable was served by certified mail on November 5, 2025 and by FedEx overnight on November 11, 2025. (ECF 14.)

6. Accordingly, under this Court's October 30, 2025 Order, Ms. Kable's deadline to respond to the Company's Motion for Preliminary Injunction was November 20, 2025. Ms. Kable has not filed a response.

7. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Ms. Kable's deadline to file a responsive pleading to the Complaint was December 2, 2025. Ms. Kable has not filed a responsive pleading.

8. Because Ms. Kable has failed to respond to the Motion for Preliminary Injunction and has failed to file any responsive pleading in response to the Complaint, the Company respectfully requests that the Clerk of Court enter default against Ms. Kable.

Date: December 12, 2025

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

jcurran@venable.com
csgunderson@venable.com
klthompson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG Renewable Transmission LLC*

## CERTIFICATE OF SERVICE

I hereby certify on this 12th day of December, 2025, I electronically filed the foregoing with the Court by using the CM/ECF system. There is currently no counsel of record for Respondent. I certify that I will serve the foregoing on Respondent at the following address:

Andrea Kable
3324 Bixler Church Road
Westminster, MD 21157

                                                                                                                                              /s/ *Emily J. Wilson*
                                                                                                                                              Emily J. Wilson