IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

*PSEG RENEWABLE TRANSMISSION LLC*
    **Plaintiff**  \*

          v.  \*      Civil Case No: ABA-25-3501

*ANDREA ELIZABETH KABLE*
    **Defendant**

\*\*\*\*\*\*

## ORDER OF DEFAULT

It is appearing from the records and/or declaration of Kurt J. Fischer, Esquire that the summons and Complaint were properly served upon the above-named Defendant on November 13, 2025. The time for the said Defendant to otherwise defend expired on December 4, 2025, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rule of Civil Procedure it is **ORDERED**, that the default for want of answer or other defense by said Defendants is entered this 16th day of December 2025.

                                           **CATHERINE M. STAVLAS, CLERK**

        By:            /s/
                    ***J. Klein***
                    ***Deputy Clerk***