## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| PSEG Renewable Transmission LLC | * | |
| Plaintiff(s) | * | |
|  | * | |
| vs. | * | Civil Case No.: 1:25−cv−03501−ABA |
|  | * | |
| Andrea Kable | * | |
| Defendant(s) | * | |

## **NOTICE OF DEFAULT**

**To Andrea Kable:**

    You are hereby notified that an order of default was entered against you in this Court on 12/16/2025. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

December 16, 2025         By: Jill Klein
Date        Deputy Clerk