IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, <br><br> *Petitioner*, <br><br> v. <br><br> ANDREA KABLE, <br><br> *Respondent*. | Case No. 25-cv-3501-ABA |

**ORDER**

On October 24, 2025, Petitioner PSEG Renewable Transmission LLC ("PSEG") filed this case ("PSEG 5") and an accompanying motion for preliminary injunction, ECF No. 5 (the "PI Motion"), to permit it to obtain temporary access to Respondent's property to perform non-invasive field surveys pursuant to Md. Code Ann., Real Property § 12-111. The Court granted expedited briefing on the PI Motion on October 30, 2025, ordering Respondent to respond to the PI Motion within seven business days of service. ECF No. 13. Respondent was served on November 13, 2025, making November 24, 2025 the deadline for her response. *See* ECF No. 14. Under standard deadline pursuant to Local Rule 105.2(a), Respondent's deadline would have been December 1, 2025. Respondent has not filed any response as of the date of this Order.

The Court previously granted PSEG's motion for a preliminary injunction in two nearly identical cases with a different set of respondents. *See PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*, Case No. 1:25-cv-01235-ABA ("PSEG 1"); *PSEG Renewable Transmission LLC v. Alvi Properties, LLC, et al.*, Case No. 1:25-cv-02296-ABA ("PSEG 2"). For the reasons explained in the Court's June 20, 2025

memorandum opinion in PSEG 1 in granting the motion for a preliminary injunction, *PSEG Renewable Transmission LLC v. Arentz Family, LP*, 788 F. Supp. 3d 705, 735–40 (D. Md. 2025), the Court hereby ORDERS as follows:

    1.    PSEG's PI Motion (ECF No. 5) is GRANTED. The Court notes that, since the Court's June 20, 2025 decision granting PSEG's motion for preliminary injunction in PSEG 1, the Fourth Circuit has arguably heightened the standard for plaintiffs to show a likelihood of success on the merits under the *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008) factors. *See American Federation of Teachers v. Bessent*, No. 25-1282, 2025 WL 2313244, at *3 (4th Cir. Aug. 12, 2025) (holding that a plaintiff must show "an extremely high likelihood of success on each individual issue in order to have a normal likelihood of success overall"). Nevertheless, for the reasons already explained in depth in the Court's June 20, 2025 memorandum opinion in PSEG 1, PSEG has demonstrated that it is entitled to a preliminary injunction here, including under the *American Federation of Teachers* standard.

Date: December 19, 2025

                                                              */s/*
                                          Adam B. Abelson
                                          United States District Judge