IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PSEG RENEWABLE TRANSMISSION LLC,

    *Petitioner*,

    v.

ANDREA KABLE,

    *Respondent*.

Case No. 25-cv-3501-ABA

**PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, it is hereby ORDERED as follows:

1.    For a period from the date of this Order until PSEG's application for a Certification of Public Convenience and Necessity, currently pending as Case No. 9773 before the Maryland Public Service Commission, is granted or denied, PSEG shall be permitted to enter onto the properties of Respondent and to remain on the property to the extent reasonably necessary to make surveys, run lines or levels, or obtain information relating to the acquisition and future use of the properties in connection with the Maryland Piedmont Reliability Project, as identified by the Power Plant Research Program in its March 26, 2025 letter (ECF No. 5-7), and as authorized by Md. Code Ann., Real Prop., § 12-111.

2.    PSEG shall file proof of bond in the amount of $100, within 14 days of this Order, to cover any "costs and damages sustained by any party found to have been wrongfully enjoined or restrained," *see* Fed. R. Civ. P. 65(c).

3. PSEG shall give Respondent notice that PSEG will enter onto Respondent's property ("Survey Notices") by taping a Survey Notice on the front door of the Respondent (but PSEG may give one notice for entry on multiple days).

   a. The Survey Notice shall not state a period for surveys that is greater than two weeks (the "Survey Notice Period");

   b. The Survey Notice shall be served not less than 96 hours before the first day for surveys stated in the notice; and

   c. The Survey Notice shall refer to this order and provide the contact information set forth in subsection 4(d) below.

4. Effective immediately:

   a. The Preliminary Injunction does <u>not</u> restrict hunting on Respondent's property on any Friday, Saturday, or Sunday during any hunting season established by the Maryland Department of Natural Resources.

   b. The Preliminary Injunction does <u>not</u> restrict hunting on Respondent's property between December 20, 2025 and January 4, 2026.

   c. Hunting is prohibited on Respondent's property <u>while any surveyor is conducting a survey</u> pursuant to the Preliminary Injunction unless PSEG agrees by e-mail or text message pursuant to subsection 4(f) below prior to such survey that hunting may be conducted on a portion of the property while surveys are underway.

   d. Within 48 hours of receipt of a Survey Notice, Respondent may give notice to PSEG by email to michael.powers@pseg.com, bplunkett@jingolipower.com and/or pseg-mprp@pseg.com, or by email or text message to their assigned land agent, that Respondent

    intends to hunt or allow others to hunt on the property during the Notice Period (the "Hunting Notice"). Such Hunting Notice shall be given only in good faith and if the property would ordinarily be used for hunting during the Survey Notice Period. **In the absence of a Hunting Notice being issued to PSEG, hunting <u>may not</u> occur on properties during a Survey Notice Period.**

e. PSEG shall respond to any Hunting Notice within 48 hours. Petitioner and Respondent shall in good faith coordinate to minimize the intrusion on Respondent's ability to hunt on the property. As part of this good faith coordination, the parties shall consider whether it is feasible to allow hunting on a portion of a property while a survey or surveys are underway. In this coordination, PSEG shall also provide Respondent with a good faith estimate of the start time and duration of the survey work and inform Respondent as to the day(s) within the Survey Notice Period on which surveys will not actually be conducted.

f. Following the required coordination between PSEG and Respondent, the parties shall memorialize any agreement to allow hunting during the Survey Notice Period by email or text message.

g. Respondent is responsible for informing all persons authorized to hunt on their property of this Order and any agreement with PSEG pursuant to subsection 4(f).

h. In the event weather or other events prohibit surveying on the dates arranged, Petitioner shall notify Respondent at least 24 hours in advance of the arranged surveying time.

5. Within three business days of this Order, PSEG shall serve a copy of this Order by overnight delivery on Respondent.

6. When surveying properties pursuant to orders of this Court, surveyors shall at all times wear high visibility clothing (vest and other outerwear) approved for hunting by the Maryland Department of Natural Resources to alert potential hunters of the surveyors' presence and location.

7. Should Respondent coordinate with PSEG (in writing via email or text message), additional notices of intention to survey need not be served if Respondent so requests in writing.

8. Respondent is not prohibited from hunting on their property, even if surveyors are present, if an animal on the property poses an imminent threat to human life or other animal life (*i.e.*, domestic or farm animals that reside on the property).

Date: December 19, 2025

／s／
Adam B. Abelson
United States District Judge