**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,    * <br><br>     Petitioner,    * <br><br>        v.    * <br><br> ARENTZ FAMILY, LP, *et al.*,    * <br><br>     Respondents.    * | Case No. 1:25-cv-01235 |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,    * <br><br>     Petitioner,    * <br><br>        v.    * <br><br> ANDREA ELIZABETH KABLE,    * <br><br>     Respondent.    * | Case No. 1:25-cv-3501 |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>ORDER</u>**

Upon consideration of Petitioner PSEG Renewable Transmission LLC's Motion for U.S. Marshals Assistance Related to Andrea Elizabeth Kable (25-cv-1235, ECF No. 346; 25-cv-3501, ECF No. 23), as well as any oppositions filed thereto and any replies in support thereof, it is this 31st day of March, 2026, ORDERED:

(1)    That the Motion is GRANTED;

(2)   That the U.S. Marshals Service shall coordinate with Petitioner to accompany surveyors on the properties of Dells Generation Farms, LLC, located at the premises addresses of Westminster, MD 21158 and 3324 Bixler Church Road, Westminster, MD 21102, to provide future notices of surveys and complete future surveys;

(3)   That the U.S. Marshals Service shall coordinate with Petitioner to accompany surveyors on the property of Francis Lee Dell and Marian V. Dell, located at the premises address of 2401 Bachman Valley Road, Manchester, MD 21102, to provide future notices of surveys and complete future surveys;

(4)   That the U.S. Marshals Service shall coordinate with Petitioner to accompany surveyors on the property of Matthew Lee Dell, located at the premises address of 2128 Bachman Valley Road, Manchester, MD 21102, to provide future notices of surveys and complete future surveys;

(5)   In carrying out this Order, the U.S. Marshals and other officers of the United States are authorized to enter onto the above-mentioned private property and use reasonably necessary force to effectuate the Court's Preliminary Injunctions (25-cv-1235, ECF Nos. 268, 329; 25-cv-3501, ECF No. 20) and Order Granting in Part Petitioner's Motion for Default Judgment (25-cv-3501, ECF No. 22);

(6)   That, in the event Petitioner is unable to complete future surveys due to interference, Petitioner shall notify chambers within 24 hours of the incident; and

(7)   That the Court may schedule a telephone conference with all counsel within seven days of such notice.

2

_____  */s/*

Adam B. Abelson
United States District Judge