**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | | Case No. 1:25-cv-3501-ABA |
| | * | |
| ANDREA ELIZABETH KABLE, | * | |
| | | |
| Respondent. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**PETITIONER PSEG RENEWABLE TRANSMISSION LLC'S STATUS REPORT**

Pursuant to this Court's February 22, 2026 Order (ECF 22 ¶ 4), Petitioner PSEG Renewable Transmission LLC ("Petitioner" or the "Company") files this Status Report and states as follows:

1.      On Monday, April 6, 2026, undersigned counsel attempted to reach Respondent at a publicly listed phone number.  Undersigned counsel left a voicemail for Respondent, asking to discuss this Court's February 22, 2026 Order and the joint status report required within 45 days of that order.  *See* ECF 22 ¶ 4.  Respondent has not responded to undersigned counsel.

2.      As the Company has previously advised the Court, on March 25, 2026, Ms. Kable screamed profanities and threatened to release her dogs on the Company's agents while they served her property with a notice of an upcoming survey at 3324 Bixler Church Road in Westminster, Maryland.  *See generally* ECF 25.  The Company subsequently moved to hold Ms. Kable in contempt, *see id*., as well as a motion for the assistance of U.S. Marshals to complete surveys on properties related to Ms. Kable, *see* ECF 23.

1

3.      On March 30, 2026, a TikTok user under the account name @ahorsegrl1971 posted two photos to TikTok.   Exhibit 1, Declaration of Cogan Rooney ("Rooney Decl."), ¶ 9.   The Company's agents have previously observed Ms. Kable driving a truck with a car decal that says @horsegrl1971.  ECF 1-4 ¶ 19; ECF 1-5 ¶ 12.

4.      The photos posted by @ahorsegrl1971 on March 30, 2026 depict Ms. Kable on horseback at the end of the driveway on Bixler Church Road with her middle finger raised to the camera.  Ex. 1, Rooney Decl. ¶¶ 9-11; Exs. E, G to Ex. 1.  The photos further depict a large tractor blocking the entrance to the driveway.  Ex. 1, Rooney Decl. ¶¶ 10-11; Exs. E, G to Ex. 1. One photo also contains text that states: "ACCESS DENIED PERMANENTLY."  Ex. 1, Rooney Decl. ¶ 10; Ex. E to Ex. 1.

5.      This Court granted the Company's motion for U.S. Marshals assistance on March 31, 2026.  *See* ECF 29.  At the time that this Court granted the motion, U.S. Marshals were in the field with the Company's surveyors assisting on surveys related to Roger McGrew.  Exhibit 2, Declaration of Ryan Kivitz ("Kivitz Decl."), ¶ 5.  After reviewing this Court's order, the Company and the U.S. Marshals coordinated to immediately travel to 3324 Bixler Church Road.  *Id*. ¶ 6.

6.      After completing work at Mr. McGrew's property, the Company's agents and the U.S. Marshals traveled to a gas station near 3324 Bixler Church Road.  *Id*. ¶ 7.  While the Company and the U.S. Marshals were at this location, Carroll County Sheriff James T. DeWeese and other members of the Carroll County Sheriff's Office arrived unannounced to the location in unmarked vehicles.  *Id*. ¶ 8.

7.      Sheriff DeWeese advised that his office had been informed by the U.S. Marshals that the U.S. Marshals would be present in Carroll County that day to assist with survey work.  *Id*. ¶ 9.  The Company's agents informed Sheriff DeWeese that they would next be traveling to Ms.

2

Kable's property.  *Id*. ¶ 10.   Sheriff DeWeese advised that the U.S. Marshals should call him if they encountered issues on Ms. Kable's property, "before it turns into a shootout."  *Id*.

8.     The Company's agents and the U.S. Marshals subsequently traveled to Ms. Kable's property.  Upon arriving, the Company's agents observed a large tractor blocking the driveway that leads into the property.  *Id*. ¶ 13; *see also* Ex. A to Ex. 2.  The U.S. Marshals called the Sheriff's office to address the blocked access.  Ex. 2, Kivitz Decl. ¶ 15; *see also* Ex. A to Ex. 1.

9.     Sheriff DeWeese and other members of his office arrived to Ms. Kable's property approximately ten minutes later.  Ex. 2, Kivitz Decl. ¶ 16; *see also* Ex. A to Ex. 2.  Ms. Kable arrived to the bottom of the driveway on horseback, screaming profanities at the Company's agents, the U.S. Marshals, and the County sheriffs.  Ex. 2, Kivitz Decl. ¶ 17; *see also* Ex. B. to Ex. 2.

10.     After extended conversation with Sheriff DeWeese, Ms. Kable moved the tractor so that the property could be accessed by the Company's surveyors and the U.S. Marshals.  Ex. 2, Kivitz Decl. ¶ 18; *see also* Ex. B. to Ex. 2.

11.     The Company's agents and the U.S. Marshals thereafter entered the property to conduct multiple surveys.  Ex. 2, Kivitz Decl. ¶ 10; *see also* Exhibit 3, Declaration of Benjamin Floyd ¶¶ 4-7; Ex. A to Ex. 3; *see also* Exhibit 4, Declaration of Cory Knight ¶¶ 4-7; Ex. A to Ex. 4.

12.      As the Company's agents conducted surveys, Ms. Kable continued to shout profanities and other aggressive language at the Company's agents notwithstanding the presence of both the Sheriff's Office and the U.S. Marshals.  Ex. 3, Floyd Decl. ¶ 6; Ex. A to Ex. 3; *see also* Ex. 4, Knight Decl. ¶ 6; Ex. A to Ex. 4.

13.    Despite Ms. Kable's attempts at obstruction, the Company's agents were able to complete the survey work on Ms. Kable's property scheduled for that day due to the assistance of the U.S. Marshals.  Ex. 2, Kivitz Decl. ¶ 19.

14.    After the Company's agents and the U.S. Marshals departed Ms. Kable's property, @ahorsegrl1971 posted a video of the Company's surveyors to TikTok with the caption:

> On March 31st, the US marshals were prepared to return fire( set up EMS @ the bixler united Methodist church in the rear of the cemetery) & take me into custody.i was told by sheriff James DeWees [sic] that this was not the fight to fight, I did not agree.i was ready to either be taken into custody similar or worse than carroll county sheriff dept holding cells or die trying to defend myself against more than 6 armed men form [sic] the marshal svc [sic]. […] .in the video you see the last of the 25 people it took for them to get what they wanted.u made a deal withe [sic] sheriff that they better be prepared to do WHATEVER they needed that day and that day only. I made myself very clear about how and who did what where and when. the corrupt foreman for PSEG from Indiana was told all deals were off if he set one foot on my place.he is the one in my pinned post regarding David King my Amish neighbor.take a good look at what it looks like when you show up to step on people's rights. look good,that's why they're not coming back EVER.  HEY BITCH PSEG Lawyer- fuck around and try me again.i will ask every land owner to stand with me and you will LOSE.  YOU WILL HAVE TO KILL ME. #rights #wethepeople #farmtok #help #notrespassing

Ex. 1, Rooney Decl. ¶¶ 5-6; *see also* Exs. A, B, and C to Ex. 1.

15.    The Company may need to perform additional surveys on Ms. Kable's property and will coordinate with the U.S. Marshals Service regarding those surveys.

16.    Due to Ms. Kable's continuing obstructive behavior that has required both the intervention of the U.S. Marshals Service as well as local law enforcement, the Company respectfully requests that the Court grant its pending motion to hold Ms. Kable in contempt of court (ECF 25).  The Company also respectfully requests that the Court impose a civil fine on Ms. Kable and require her to pay the Company's fees and costs, as requested in the Company's Motion for Default Judgment (ECF 21) and pending motion to hold Ms. Kable in contempt of court (ECF 25).

4

Date: April 10, 2026

Respectfully submitted,

*/s/ Emily J. Wilson*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
jcurran@venable.com
csgunderson@venable.com
klthompson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Petitioner PSEG*
*Renewable Transmission LLC*

5

**CERTIFICATE OF SERVICE**

I hereby certify on this 10th day of April, 2026, I electronically filed the foregoing with the

Court by using the CM/ECF system.  There is currently no counsel of record for Respondent.  I

certify that I will serve the foregoing on Respondent at the following address:

Andrea Kable
3324 Bixler Church Road
Westminster, MD 21157

/s/ *Emily J. Wilson*
Emily J. Wilson

6