# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Case No. 1:25-cv-3501-ABA |
| ANDREA ELIZABETH KABLE, | * | |
| Respondent. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>DECLARATION OF COGAN ROONEY</u>**

I, Cogan Rooney, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1.    I am over 18 years of age and fully competent to give this Declaration.

2.    I am employed by Venable LLP ("Venable") as an associate.  Venable represents PSEG Renewable Transmission LLC (the "Company") in the Company's efforts to construct the Maryland Piedmont Reliability Project ("MPRP").

3.    In my role as an associate, I reviewed social media postings of a TikTok account, @ahorsegrl1971.

4.    On April 9, 2026, I located social media postings from @ahorsegrl1971 on TikTok.

5.    In reviewing posts from this account, I located a video posted on April 1, 2026. **Exhibits A, B, and C** are true and accurate screenshots of the video post I examined on April 9, 2026.

6.      The caption on this video post reads: "On March 31, the US marshals were prepared to return fire (set up EMS @ bixler united methodist church in the rear of the cemetery) & take me into custody.i was told by sheriff James Dewees that this was not the fight to fight,I did not agree.i was ready to either be taken into custody similar or worse than carroll county sheriff dept holding cells or die trying to defend myself against more than 6 armed men form the marshal svc.i was held for 10 hours no pain meds or drinking water the day after I had a 7mm kidney stone removed.in addition to that I was shackled too tight for 5 of those hours resulting in bruises around my ankels.the cell was filthy with sewer gas coming through the grates, bleach water coming from the sink I was told to drink out of like a dog.fhe cell had blood,urine and feces in it. In the video you see the last of the 25 people it took for them to get what they wanted.u made a deal with sheriff that they better be prepared to do WHATEVER they needed that day and that day only. I made myself very clear about how and who did what where and when. the corrupt foreman for PSEG from Indiana was told all deals were off if he set one foot on my place.he is the one in my pinned post regarding David King my amish neighbor.take a good look at what it looks like when you show up to step on people's rights. Look good,that's why they're not coming back EVER. HEY BITCH PSEG Lawyer-fuck around and try me again.i will ask every land owner to stand with me and you will LOSE. YOU WILL HAVE TO KILL ME.#rights #wethepeople #farmtok #help #notrespassing." *See* **Ex. A, B, C.**

7.      In the video of which Exhibits A, B, and C are screenshots, surveyors in orange vests, U.S. Marshals, and a child walk across a property.  A woman (who does not appear in the video) states, "fuck all of you," and "what's the matter? You don't want anyone to see you being a traitor, mother fucker?"

2

8.    **Exhibit D** is a true and correct copy of a screenshot of another post, posted April 2, 2026. This post features a picture of Andrea Kable, along with Carroll County Sheriff James DeWees and another Carroll County law enforcement officer. The caption reads: "thank you sheriff Dewees. Thank you for personally overseeing the activities on my farm. I did not feel violated like I watched my neighbors endure. I hope that going forward that we do nail their asses to the wall on the ED issue.i would like to think that we can come together to fight this until we win. Your support was most gracious,many thanks [prayer emoji] #rights #notrespassing #farmtok #wethepeople #help."

9.    **Exhibits E, F, and G** are true and correct copies of screenshots of another post I located on this account on April 9, 2026. The post is dated March 30, 2026. **Ex. E.** It features two images and is titled "NO TRESPASSING." **Ex. E.** The music included in the post it "Shoot to Thrill" by AC/DC. **Ex. E.**

10.   The first image is of Ms. Kable on a horse, in front of a driveway that is blocked by a tractor. **Ex. E.** The phrase "ACCESS DENIED PERMANENTLY" appears over the image. *Id.* It appears Ms. Kable is gesturing with her middle finger. *Id.*

11.   The second image in the post is a closer up image of Ms. Kable on a horse, in front of the tractor, gesturing with her middle finger. **Ex. G.** It includes an emoji with its tongue out.

12.   The caption under these images reads: "I have a right to live in peace,reside exactly where I am.i do not deserve to be bullied by a corporate entity that seeks to disrupt my life. How am I breaking any laws refusing access to MPRP?they don't want to make appointments with people they want unfettered access and then walk around looking in windows,sheds, like they own it. They have never tried to be civilized about ANY of it.like we

3

should accept it. I'm not.there is nothing friendly about PSEG or the MPRP project. it's big money thinking that everything is, or can be for sale well I'm saying NO. @President Donald J Trump .#notrespassing #wethepeople #help #farmtok #rights." **Ex. F.**

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Date: 4/10/2026

Cogan Rooney

4