# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PSEG Renewable Transmission LLC
_____                *

                                             *

v.                                           *    Case No.  1:25-cv-3501
                                                           _____
Andrea Elizabeth Kable                       *
_____
                                             *

## NOTICE OF FILING OF PHYSICAL EXHIBIT

Exhibit __A____ which is an attachment to __Ex. 2 to April 10, 2026 Status Report__

cannot be converted to PDF format and filed electronically.  It exists on a physical medium (e.g.,

CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.


I certify that, within 24 hours of the filing of this Notice, I will file and serve physical

copies of the exhibit identified above.

__April 10, 2026__
Date

_____
Signature

__Emily J. Wilson (Bar No. 20780)__
Printed Name and Bar Number

__750 E. Pratt St., Suite 900, Baltimore MD 21202__
Address

__ejwilson@venable.com__
Email Address

__410.244.7749__
Telephone Number

__410.244.7742__
Fax Number