# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

PSEG Renewable Transmission LLC

_____    *

                                     *

                                     *    Case No. __1:25-cv-3501__

v.                                   *

Andrea Elizabeth Kable              *

_____    *

                                     *

<u>**NOTICE OF FILING OF PHYSICAL EXHIBIT**</u>

Exhibit __B__ which is an attachment to __Ex. 2 to April 10, 2026 Status Report__

cannot be converted to PDF format and filed electronically.  It exists on a physical medium (e.g.,

CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.

I certify that, within 24 hours of the filing of this Notice, I will file and serve physical

copies of the exhibit identified above.

__April 10, 2026__

Date

__Signature__

Emily J. Wilson (Bar No. 20780)

Printed Name and Bar Number

750 E. Pratt St., Suite 900, Baltimore MD 21202

Address

ejwilson@venable.com

Email Address

410.244.7749

Telephone Number

410.244.7742

Fax Number