# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

PSEG Renewable Transmission LLC

                       \*

                       \*

  **v.**                  \*      Case No. __1:25-cv-3501__

Andrea Elizabeth Kable     \*

                       \*

## NOTICE OF FILING OF PHYSICAL EXHIBIT

Exhibit __A_____ which is an attachment to __Ex. 4 to April 10, 2026 Status Report__

cannot be converted to PDF format and filed electronically.  It exists on a physical medium (e.g., CD, flash drive, etc.) and will be filed with the Clerk's Office in its physical format.


       I certify that, within 24 hours of the filing of this Notice, I will file and serve physical copies of the exhibit identified above.

__April 10, 2026__
Date

__Signature__

Emily J. Wilson (Bar No. 20780)
Printed Name and Bar Number

750 E. Pratt St., Suite 900, Baltimore MD 21202
Address

ejwilson@venable.com
Email Address

410.244.7749
Telephone Number

410.244.7742
Fax Number